M. BURROUGHS & SONS, INC. v. STATE OF NEW JERSEY,
DEPARTMENT OF DEFENSE.

October 24, 1983.

Petition for certification denied.

SYLVIA LEBENSON v. FAIRLAWN PROPERTIES.

October 24, 1983.

Petition for certification denied.

ELEANOR MERGET v. DAVID BENEUX PRODUCE.

October 24, 1983.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF C.B.

October 24, 1983.

Petition for certification denied.